THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. CRIMI, Appellant, against WARDEN OF ATTICA STATE PRISON, Respondent.

Submitted April 14, 1947; decided April 17, 1947.

*Donald E. Crimi,* in person, for motion.
*Nathaniel L. Goldstein, Attorney General (Emil L. Cohen* of counsel), opposed.

Motion dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding in which they were entered.